Lawrence S. Lustberg
Caroline E. Oks
**GIBBONS PC**
One Gateway Center
Newark, NJ 07102-5310
Tel.: 973.596.4500
*llustberg@gibbonslaw.com*
*coks@gibbonslaw.com*

James W. McGarry
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
*jmcgarry@goodwinlaw.com*

Attorneys for Defendant
BANK OF AMERICA, N.A.

*[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CASSANDRA VALERIE BEAMAN, STEFAN BROOKS, and LAURA ROSELLI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 2:21-cv-20561-BRM-SDA<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF LAURA ROSELLI WITH PREJUDICE**<br><br>Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Stacey D. Adams, U.S.M.J. |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and by agreement between Plaintiffs and Defendant Bank of America, N.A. ("BANA"), the parties hereby stipulate and agree that the above-captioned action as to Plaintiff Laura Roselli ("Roselli"), including all claims asserted Roselli and affirmative defenses asserted to those claims by BANA, is hereby dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: February 14, 2025

By: _s/ Caroline E. Oks_____
Lawrence S. Lustberg
Caroline E. Oks
**GIBBONS PC**
One Gateway Center
Newark, NJ 07102-5310
Tel.: 973.596.4500
llustberg@gibbonslaw.com
coks@gibbonslaw.com

James W. McGarry
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
jmcgarry@goodwinlaw.com

Laura Brys (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
601 South Figueroa Street
Suite 4100
Los Angeles, CA 90017
Tel.: 213.426.2584
lbrys@goodwinlaw.com

*Attorneys for Defendant Bank of America, N.A.*

By: ___s/ George Haines___
George Haines
**FREEDOM LAW FIRM**
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: 702-880-5554 ext. 222
Fax: 702-967-6666
ghaines@freedomlegalteam.com

Josh Swigart (admitted *pro hac vice*)
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Tel: (866) 219-3343
Fax: (866) 219-8344
Josh@SwigartLawGroup.com

*Attorneys for Plaintiffs Cassandra Valerie Beaman, Stefan Brooks, and Laura Roselli*

SO ORDERED:

*s/ Brian R. Martinotti*
Brian R. Martinotti, USDJ
Dated: 02/14/2025